IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFF BLUNTSON,

     Plaintiff,

v.                                                                          CASE NO. 4:06-cv-00417-MP-AK

PAUL ALLEN, et al,

     Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate

Judge, which recommends that this case be transferred to the United States District Court for the

Middle District of Florida, Jacksonville Division, for all further proceedings.  The Magistrate

Judge filed the Report and Recommendation on Friday, October 27, 2006.  The parties have been

furnished a copy of the Report and Recommendation and have been afforded an opportunity to

file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), the Court must

make a de novo review of those portions to which an objection has been made.  In this instance,

however, no objections were made.  The Court agrees with the Magistrate that this case should

be transferred to the Middle District since that is where all defendants reside and where the cause

of action arose.   Therefore, having considered the Report and Recommendation and lack of

objections thereto filed, I have determined that the Report and Recommendation should be

ADOPTED.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated
           by reference in this order.

2.      The Clerk is directed to transfer this action to the United States District Court for
        the Middle District of Florida, Jacksonville Division, for all further proceedings
        pursuant to 28 U.S.C. §§ 1404(a) and 1406(a).

**DONE AND ORDERED** this   *29th* day of November, 2006

                    *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge